EDWARD W. KLEPPINGER *v.* MARY ANN. K. P.
KLEPPINGER

The defendant's motion to dismiss the appeal from the Superior Court in Fairfield County at Stamford is denied.

*Morton E. Marvin,* for the appellee (defendant).

*Bruce L. Lev,* with whom was *Thomas J. Abinanti,* for the appellant (plaintiff).

Argued March 6—decided March 6, 1973

HOME OWNERS FEDERAL SAVINGS AND LOAN
ASSOCIATION *v.* WINCHESTER MANOR,
INC., ET AL.

The plaintiff's motion to dismiss the appeal from the Court of Common Pleas in Hartford County is granted.

*Robert H. Nathan,* with whom was *Joseph S. Rachlin,* for the appellee (plaintiff).

*Raphael Korff,* with whom was *Lester Katz,* for the appellants (defendants).

Argued March 6—decided March 6, 1973

ANDREW FICO ET AL. *v.* LIQUOR CONTROL COMMISSION

The defendant's motion to dismiss the appeal from the Court of Common Pleas in New Haven County is denied.

*Daniel R. Schaefer,* assistant attorney general, for the appellee (defendant).

*Howard A. Jacobs,* for the appellants (plaintiffs).

Argued March 6—decided March 6, 1973